## Commonwealth *v.* Ayres, Appellant.

Submitted March 20, 1972. *David E. Auerbach,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bailey, Appellant.

Argued March 24, 1972. *Bennett P. Weinstock,* with him *Elias B. Landau,* and *Miller, Sidkoff, Pincus, Greenberg & Golden,* for appellant; *Melvin Dildine,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.